FILED

2017 JAN -5 PM 3: 02

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5 17 CR 0009 |
| v. | ) | CASE NO._____ |
| | ) | |
| LASHELL PATTON, | ) | Title 18, United States Code, |
| | ) | Section 1349 |
| Defendant. | ) | |

JUDGE GWIN

COUNT 1
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

THE CONSPIRACY

1. From on or about July 18, 2015, through on or about April 5, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant LASHELL PATTON, W.J.M., a person known to the Grand Jury but not charged herein, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire, confederate and agree together, and with each other, to violate the laws of the United States, to wit: wire fraud, in violation of Title 18, United States Code, Section 1343, in that PATTON, W.J.M. and others knowingly agreed to devise, and intended to devise, a scheme and artifice to defraud and to obtain money and property by means of materially false pretenses, representations, and promises,

and for the purpose of executing such scheme transmitted, and caused the transmission of, writings, signs, signals, and sounds, by means of a wire, radio and television communication in interstate commerce.

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy to fraudulently obtain money, purportedly for the prepayment of taxes and/or processing fees, from C.G., a person known to the Grand Jury, after the conspirators convinced C.G. he was a sweepstakes winner.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was a part of the conspiracy that while they were in Canton, Ohio, PATTON, W.J.M. and others, telephoned C.G., a person known to the Grand Jury, at his residence in Rogersville, Tennessee and falsely told C.G. that he won $3,000,000 in a sweepstakes and that the sweepstakes board had selected PATTON to facilitate the transaction.

4. It was a part of the conspiracy that PATTON, W.J.M. and others, convinced C.G. that he needed to pay taxes and fees associated with C.G.'s sweepstakes winnings before the winnings would be distributed to C.G.

5. It was a part of the conspiracy that C.G. was instructed to send MoneyGram and Western Union money wires to PATTON in Canton, Ohio.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

6. In furtherance of the conspiracy and to effect its unlawful object, Defendant LASHELL PATTON and others, committed the following acts, among others, in the Northern District of Ohio, Eastern Division, and elsewhere:

  a. On or about July 18, 2015, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $2,000 MoneyGram money wire from Tennessee to PATTON in Canton, Ohio.

  b. On or about July 20, 2015, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $1,500 Western Union money wire from Tennessee to PATTON in Canton, Ohio.

  c. On or about November 17, 2015, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $1,100 Western Union money wire from Tennessee to PATTON in Canton, Ohio.

  d. On or about November 18, 2015, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $1,300 MoneyGram money wire from Tennessee to PATTON in Canton, Ohio.

  e. On or about February 17, 2016, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $800 MoneyGram money wire from Tennessee to PATTON in Canton, Ohio.

  f. On or about April 5, 2016, PATTON, W.J.M. and others caused C.G. to send and cause to be sent a $250 MoneyGram money wire from Tennessee to PATTON in Canton, Ohio.

7. As a result of the scheme to defraud, PATTON, W.J.M. and others caused C.G. to send and cause to be sent 111 MoneyGram money wires interstate to PATTON totaling $90,090 between on or about July 18, 2015, through on or about April 5, 2016.

8. As a result of the scheme to defraud, PATTON, W.J.M. and others caused C.G. to send and cause to be sent 15 Western Union money wires interstate to PATTON totaling $11,615 between on or about July 20, 2015, through on or about November 18, 2015.

All in violation of Title 18, United States Code, Section 1349.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.